## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMOS BROWN,                             :
a.k.a., Nabbidin Ali,                   :
    *Plaintiff,*                     :
                                    :
    v.                              :    CIVIL ACTION NO. 26-CV-4268
                                    :
DEPARTMENT OF                           :
SOCIAL SERVICES,                        :
    *Defendant.*                     :

## ORDER

AND NOW, this 13th day of July, 2026, upon consideration of Plaintiff Amos

Brown's Motion to Proceed *In Forma Pauperis* (Dkt. No. 1), and *pro se* Complaint (Dkt.

No. 2), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. §

1915.

    2.    The Complaint is **DEEMED** filed.

    3.    For the reasons stated in the accompanying Memorandum, the Complaint

is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

    4.    The Clerk of Court is **DIRECTED** to restrict access to the Complaint

(Dkt. No. 2) to public terminal users only because it contains personally identifiable

information.[1]

    5.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

---

[1] This limits viewing of the Complaint on the court's CM/ECF system to court users, case participants, and those using the court computer in the Clerk's Office.  Pursuant to Local Rule 5.1.3., personal identifiers such Social Security numbers "must be modified or partially redacted in all documents filed either in paper or electronic form."  *See also* Fed. R. Civ. P. 5.2(a) (regarding personal information in court filings).

BY THE COURT:

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**